BENJAMIN LOMBARD, JR., Appellant, v. EDWIN J. BUSH *et al.*, Appellees.

Appeal: WAIVER: ACCEPTANCE OF PAYMENT OF JUDGMENT.

*Appeal from Union District Court.*—HON. J. W. HARVEY, Judge.

SATURDAY, JANUARY 23, 1892.

ACTION in equity to recover the amount due on a promissory note, and to foreclose a mortgage given to secure its payment. A judgment for the amount due on the note and for the foreclosure of the mortgage was rendered in favor of the plaintiff, but from a portion of the judgment which awarded to the defendant S. E. Rex the possession of the mortgaged premises from the sixth day of August, 1889, and the rents which should accrue after that date, the plaintiff appeals.

*D. Ettien,* for appellant.

*McDeil & Sullivan,* for appellees S. E. Rex and C. S. Rex.

ROBINSON, C. J.—The material facts in this case are set out quite fully in the opinion in *Anglo-American Land Mortgage & Agency Co. v. Bush, ante,* p. —, and need not be repeated here. The district court in this case, as in that, found that Mrs. S. E. Rex was entitled to the possession of the mortgaged property from the sixth day of August, 1889, and to the rents which should accrue after that date until such time as her right of redemption should expire, in case the plaintiff should cause the premises to be sold for the payment of his judgment. It is made to appear that the plaintiff, before taking his appeal in this case, caused an execution to issue on his judgment, by virtue of which the mortgaged premises were sold for an amount sufficient to satisfy the judgment, and that it was satisfied from the proceeds of the sale. Under these circumstances the plaintiff had ceased to have any interest in that portion of the judgment of which he complains. His appeal is therefore DISMISSED.